# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

ERIC BROWN,

    Plaintiff,

v.

EDWINA JOHNSON; JOHN DOE, Correctional Officer; and JOHN DOE, Medical Personnel,

    Defendants.

CIVIL ACTION NO.: 5:15-cv-89

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 22), to which the parties failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendant Edwina Johnson's Motion to Dismiss and **DISMISSES** all claims against Defendant Johnson.

Plaintiff's claims against the John Doe Defendants remain pending, as set forth in the Magistrate Judge's Order and Report and Recommendation dated September 23, 2016.

**SO ORDERED**, this 9 day of November, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA