# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ERIC BROWN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-89 |
| v. | * | |
| MARC OGE, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 31, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's putative claims against medical personnel Meke Conteh. Plaintiff's claims against Defendant Marc Oge shall remain pending.

**SO ORDERED**, this 23 day of March, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)